THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELLEY M. MALCOLM and DAVID J. MALCOLM,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANTS CREDIT CORPORATION dba MERCHANTS CREDIT ASSOCIATION<br><br>Defendant. | CASE NO. C18-0832-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 17). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." All parties who have appeared stipulate that all claims shall be dismissed with prejudice. (Dkt. No. 17 at 1.) Thus, under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

MINUTE ORDER, C18-0832-JCC
PAGE - 1

DATED this 16th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
